# Exhibit B

# BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

## U.S. Patent No. 7,231,626

## Claims 1-4

Bell Semiconductor, LLC ("Bell Semiconductor") provides evidence of infringement of exemplary claims 1-4 of U.S. Patent No. 7,231,626 ("the '626 patent") by the CV25M-A0-RH A1919 produced by Ambarella, Inc. ("Ambarella"). In support thereof, Bell Semiconductor provides the following claim charts.

"Accused Products" as used herein refers to at least devices produced or sold by Ambarella that are or include semiconductor integrated circuit devices made using a design tool, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc.("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool,[1] by implementing an engineering change order through a window that is less than the entire area of the integrated circuit design. On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Ambarella and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semiconductor reserves the right to supplement this infringement analysis once such information is made available to Bell Semiconductor. Furthermore, Bell Semiconductor reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semiconductor contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. Ambarella directly infringes the asserted claims of the '626 patent by performing each of the limitations. If Ambarella attempts to argue that there is no literal infringement and/or if Ambarella attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semiconductor reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Ambarella's products that were made, produced, or processed from a circuit design using windows, including but not limited to the CV25M-A0-RH A1919. Bell Semiconductor reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Ambarella is a customer of at least Cadence, Synopsys, and Siemens, as demonstrated here: https://www.cadence.com/en_US/home/company/newsroom/press-releases/pr/2020/ambarella-adopts-cadence-clarity-3d-solver-for-ai-vision-process.html (Cadence); https://www.synopsys.com/dw/doc.php/ss/ambarrella_ss.pdf (Synopsis); https://www.techdesignforums.com/blog/2020/06/18/how-ambarella-met-the-demands-of-automotive-dft/ (Siemens).

**BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT**

Ambarella is the producer and/or seller of the referenced above, as demonstrated by the following package image for the CV25M-A0-RH A1919.



BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

| Claim 1 | Accused Product |
|---|---|
| 1. A method comprising steps of: | To the extent the preamble is limiting, the Accused Products are produced by performing the method steps outlined in the remaining claim elements.<br><br>### Running ECO Routing<br><br>The NanoRoute router performs ECO routing by completing partial routes with added logic while maintaining the existing wire segments as much as possible. ECO routing is useful in cases such as the following:<br><br>• After the chip is initially routed, the customer or chip owner gives you a new netlist with minor changes.<br><br>• After the chip is initially routed, buffers were added to repair setup or hold violations or DRVs during physical optimization.<br><br>• Buffers were added or gates were resized during hand editing of a routed design.<br><br>• Antenna diodes were added interactively after routing to repair process antenna violations.<br><br>• After metal fill is added to the design. |

CLAIM CHARTS
U.S. Patent No. 7,231,626



**Parallel Edit Flow**

The parallel editing flow can enable multiple users to make physical and logic ECO changes at the same time on different areas of a design. It can support a wide range of basic wire editing and ECO operations, such as modifying or adding a wire or via or modifying logical connections.

*See Innovus User Guide product version 20.10*, March 2020, pages 682 and 1583.

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design created using one or more of the above-identified and described design tools that use windows. This is explained by semiconductor expert Lloyd Linder ("Linder") in Exhibit C cited herein.

CLAIM CHARTS
U.S. Patent No. 7,231,626

| (a) receiving as input an integrated circuit design; | The Accused Products are made, produced, or processed from a circuit design that is created by receiving as input an integrated circuit design.<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design that is created using one or more of the above-identified and described design tools such that it receives a design through its import and/or loading procedures. *See* Ex. C at ¶¶ 44-47.<br><br>The steps in the parallel edit flow are detailed below:<br><br>   1. Import or restore the design in which you want to make parallel edits along with other users.<br><br> |

CLAIM CHARTS
U.S. Patent No. 7,231,626

| | |
|---|---|
| | **Step 1**<br><br>Load the entire chip into Innovus and use `start_parallel_edit -region (Area1_coordinates)` to specify the area in which ECO changes are required. After the relevant operation is completed, use the `end_parallel_edit -out_file 1.eco` command to record the changes to the chip in the `1.eco` file. The specific example script and ECO file are as follows:<br><br>Example script<br><br>`restoreDesign fullchip.enc.dat fullchip`<br>`start_parallel_edit -area_restricted -region {0.0 0.0 104.04 102.976}`<br>`ecoDeleteRepeater -inst instB/AOB_inst`<br>`end_parallel_edit -out_file diff_1`<br>`exit`<br>*See Innovus User Guide product version 20.10*, March 2020, pages 1583 and 1590. |
| (b) receiving as input an engineering change order to the integrated circuit design; | The Accused Products are made, produced, or processed from a circuit design that is created by receiving as input an engineering change order to the integrated circuit design.<br><br>2. Initialize parallel editing by using the `start_parallel_edit` command. The `start_parallel_edit` command is used to define the area where you need to perform DRC fixing or ECO operations. The command draws a yellow square on the main window to indicate the edit area and saves the physical data, net attributes, via cell names, and Non-Default Rules (NDRs) to multiple binary files. Use the `-region {x1 y1 x2 y2}` parameter to specify the coordinates of the edit area. Specify the `-area_restricted` parameter to write out only the different objects inside or touching the specified edit area. This is a strict interpretation of the region, and ignores the changes made outside of the region. The other engineers should also initialize `start_parallel_edit` in their sessions separately to specify their own operating areas. Area overlap is not recommended because it might cause ECO conflicts. |

CLAIM CHARTS
U.S. Patent No. 7,231,626

## Example ECO File

```
#########################################################
#  Generated by:     Cadence Innovus 18.10-XXX_1
#  OS:               Linux x86_64(Host ID ip-172-19-133-30)
#  Generated on:     XXX XXX XXX
#  Design:           fullchip
#  Command:          end_parallel_edit -out_file 1.eco
#########################################################

#########################################################
### The difference for each net            ###
#########################################################
DEL NET {{name inst8/n_1} }
#########################################################
### The difference for each wire/via       ###
#########################################################
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 114621}} {status unknown} {top_mask 0} {via_cell VIA23_1cut_N} }
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 64896}} {status unknown} {top_mask 0} {via_cell VIA12_1cut_E} }
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {125176 114621}} {status unknown} {top_mask 0} {via_cell VIA12_1cut_E} }
ADD WIRE {{ext {32 32}} {layer M2} {mask 0} {net b_1} {pts {125176 114621 139050 114621}} {status unknown} }
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 64896}} {status unknown} {top_mask 0} {via_cell VIA23_1cut_N} }
ADD WIRE {{ext {32 32}} {layer M3} {mask 0} {net b_1} {pts {139050 64896 139050 114621}} {status unknown} }
DEL WIRE {{layer M3} {net b_1} {pts {139008 64896 139008 99712}} }
DEL WIRE {{layer M2} {net b_1} {pts {121296 99712 139008 99712}} }
DEL WIRE {{layer M2} {net b_1} {pts {139008 64896 139008 64896}} }
DEL VIA {{net b_1} {pt {121296 99712}} {via_cell NR_VIA1_VH} }
DEL VIA {{net b_1} {pt {139008 99712}} {via_cell NR_VIA2_HV} }
DEL VIA {{net b_1} {pt {139008 64896}} {via_cell NR_VIA2_HV} }
DEL VIA {{net b_1} {pt {139050 64896}} {via_cell NR_VIA1_VH} }
#########################################################
### The difference for each instance       ###
#########################################################
DEL INST {{name inst8/AOB_inst} }
MODIFY INSTTERM {{inst inst8/iso_pd2_0_out} {name I} {net b_1} }
```

*See Innovus User Guide product version 20.10*, March 2020, pages 1584 and 1591.

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created by receiving as input an engineering change order ("ECO") to the integrated circuit design. *See* Ex. C at ¶¶ 44-47.

CLAIM CHARTS
U.S. Patent No. 7,231,626

| (c) creating at least one window in the integrated circuit design that encloses a change to the integrated circuit design introduced by the engineering change order wherein the window is bounded by coordinates that define an area that is less than an entire area of the integrated circuit design; | The Accused Products are made, produced, or processed from a circuit design that is created by creating at least one window in the integrated circuit design that encloses a change to the integrated circuit design introduced by the engineering change order wherein the window is bounded by coordinates that define an area that is less than an entire area of the integrated circuit design.<br><br>2. Initialize parallel editing by using the `start_parallel_edit` command.<br>The `start_parallel_edit` command is used to define the area where you need to perform DRC fixing or ECO operations. The command draws a yellow square on the main window to indicate the edit area and saves the physical data, net attributes, via cell names, and Non-Default Rules (NDRs) to multiple binary files. Use the `-region {x1 y1 x2 y2}` parameter to specify the coordinates of the edit area. Specify the `-area_restricted` parameter to write out only the different objects inside or touching the specified edit area. This is a strict interpretation of the region, and ignores the changes made outside of the region. The other engineers should also initialize `start_parallel_edit` in their sessions separately to specify their own operating areas. Area overlap is not recommended because it might cause ECO conflicts.<br><br><br><br>In the above step, ECO changes were made in `Area1` in the parallel editing mode. Similarly, ECO changes are made in `Area2` and `Area3`, and then `end_parallel_edit` is used to write the modified physical and logical information in these areas to the `2.eco` and `3.eco` files, respectively.<br>*See Innovus User Guide product version 20.10, March 2020, pages 1584 and 1590-91.* |

CLAIM CHARTS
U.S. Patent No. 7,231,626

| | |
|---|---|
| | For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design that is created by a using a parallel edit command that draws a square to enclose the edit area for the ECO. The edit area is less than an entire area of the integrated circuit design. *See* Ex. C at ¶¶ 44-47. |
| (d) performing an incremental routing of the integrated circuit design only for each net in the integrated circuit design that is enclosed by the window; | The Accused Products are made, produced, or processed from a circuit design that is created by performing an incremental routing of the integrated circuit design only for each net in the integrated circuit design that is enclosed by the window.<br><br>3. Make DRC fixes on ECO changes in your assigned area in the design. Multiple engineers can work simultaneously on different areas in the design in the parallel edit mode.<br><br>The following example shows the report information generated by `start_parallel_edit`.<br><br>`<CMD> start_parallel_edit -region 0.0 0.0 500.4 431.6`<br>`Saving net attribute and regular wire/via information`<br>`Saving instance information`<br>`Saving physical pin information`<br>`Saving NDR rule information`<br>`Saving routing blockage information`<br>`Saving placement blockage information`<br>`Saving special wire/via information`<br><br> |

CLAIM CHARTS
U.S. Patent No. 7,231,626

```
##########################################
#  Generated by:    Cadence Innovus 18.10-XXX_1
#  OS:              Linux x86_64(Host ID ip-172-19-133-30)
#  Generated on:    XXX XXX XXX
#  Design:          fullchip
#  Command:         end parallel_edit -out_file 1.eco
##########################################


##########################################
###  The difference for each net          ###
##########################################
DEL NET {{name instB/n_1} }
##########################################
###  The difference for each wire/via     ###
##########################################
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 114621}} {status unknown} {top_mask 0} {via_cell VIA23_lcut_N} }
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 64896}} {status unknown} {top_mask 0} {via_cell VIA12_lcut_E} }
ADD VIA {{bot_mask 0} {cut_mask 0} {net b_1} {pt {125176 114621}} {status unknown} {top_mask 0} {via_cell VIA12_lcut_E} }
ADD WIRE {{ext {32 32}} {layer M2} {mask 0} {net b_1} {pts {125176 114621 139050 114621}} {status unknown} }
ADD WIRE {{bot_mask 0} {cut_mask 0} {net b_1} {pt {139050 64896}} {status unknown} {top_mask 0} {via_cell VIA23_lcut_N} }
ADD WIRE {{ext {32 32}} {layer M3} {mask 0} {net b_1} {pts {139050 64896 139050 114621}} {status unknown} }
DEL WIRE {{layer M3} {net b_1} {pts {139008 64896 139008 99712}} }
DEL WIRE {{layer M2} {net b_1} {pts {121296 99712 139008 99712}} }
DEL WIRE {{layer M2} {net b_1} {pts {139008 64896 139050 64896}} }
DEL VIA {{net b_1} {pt {121296 99712}} {via_cell NR_VIA1_VH} }
DEL VIA {{net b_1} {pt {139008 99712}} {via_cell NR_VIA2_HV} }
DEL VIA {{net b_1} {pt {139008 64896}} {via_cell NR_VIA2_HV} }
DEL VIA {{net b_1} {pt {139050 64896}} {via_cell NR_VIA1_VH} }
##########################################
###  The difference for each instance     ###
##########################################
DEL INST {{name instB/AOB_inst} }
MODIFY INSTTERM {{inst instB/iso_pd2_0_out} {name I} {net b_1} }
```

*See Innovus User Guide product version 20.10*, March 2020, pages 1585 and 1590-91.

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design that is created by performing an incremental routing of the integrated circuit design only for each net in the integrated circuit design that is enclosed by the square of the edit area. *See* Ex. C at ¶¶ 44-47.

CLAIM CHARTS
U.S. Patent No. 7,231,626

| (e) replacing an area in a copy of the integrated circuit design that is bounded by the coordinates of the window with results of the incremental routing to generate a revised integrated circuit design; and | The Accused Products are made, produced, or processed from a circuit design that is created by replacing an area in a copy of the integrated circuit design that is bounded by the coordinates of the window with results of the incremental routing to generate a revised integrated circuit design.<br><br>**Step 2**<br>Load the entire chip first and then read the eco files generated in the previous step by using the `read_parallel_edit_files` command. All the changes in different areas will be reflected in the chip.<br>*See Innovus User Guide product version 20.10*, March 2020, pages 1585 and 1591.<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design that is created by replacing an area in a copy of the integrated circuit design that is bounded by the square of the edit area with results of the incremental routing to generate a revised integrated circuit design. *See* Ex. C at ¶¶ 44-47. |
| (f) generating as output the revised integrated circuit design. | The Accused Products are made, produced, or processed from a circuit design that is created by generating as output the revised integrated circuit design.<br><br>5. Load all parallel edit files by using the `read_parallel_edit_files` command.<br><br>   The `read_parallel_edit_files` command loads all the specified parallel edit files and implements the editing changes recorded in them. In case of any conflict in the parallel edit files, the tool implements changes as per the specified conflict mode and writes the conflicting information to a report file.<br><br>```<br>restoreDesign fullchip.enc.dat fullchip<br>read_parallel_edit_files -files 1.eco 2.eco 3.eco<br>exit<br>```<br><br>*See Innovus User Guide product version 20.10*, March 2020, pages 1585 and 1592.<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design that is created by implementing the revised integrated circuit design as an output. *See* Ex. C at ¶¶ 44-47. |

CLAIM CHARTS
U.S. Patent No. 7,231,626

| | |
|---|---|
| 2. The method of claim 1 further comprising a step of calculating a net delay only for each net in the integrated circuit design that is enclosed by the window. | The Accused Products are made, produced, or processed from a circuit design that is created by the method of claim 1 further comprising a step of calculating a net delay only for each net in the integrated circuit design that is enclosed by the window.<br><br><br>*Figure 1: Enabling in-design in the Innovus environment*<br><br>*https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/quantus-extraction-ds.pdf, page 2.* |

CLAIM CHARTS
U.S. Patent No. 7,231,626

Post-Route Timing Optimization and Timing Signoff after an ECO both require calculation of net delays for the nets in the IC design enclosed by the incremental window.



Better design convergence via integration with Innovus and Virtuoso platforms

As an integral part of the silicon analysis function inside the Virtuoso custom IC design platform, the Quantus solution provides critical parasitic information for optimizing chip performance and yield.

Essentially, the extraction tool brings the physics of inter-connect parasitics into the Virtuoso environment for designing, characterizing, and optimizing chip layouts. Through the tool's integration with the Innovus environment, you benefit from a seamless solution for timing, IR, EM, signal integrity analysis, and power verification. The integration of the two tools equips you to reduce design turnaround time by performing incremental extraction, use integrated virtual metal fill for faster convergence, and to reach timing closure faster by using signoff-accurate extraction data for timing and noise optimization.

Figure 6: Hierarchical database flow

https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, pages 2, 3, 4

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was further made, produced, or processed from that circuit design for which a net delay was calculated only for the nets enclosed by the window, as indicated by Cadence's signoff of Timing ECO step. See Ex. C at ¶¶ 44-47.

CLAIM CHARTS
U.S. Patent No. 7,231,626

| 3. The method of claim 1 further comprising a step of performing a design rule check only for each net in the integrated circuit design that is enclosed by the window. | The Accused Products are made, produced, or processed from a circuit design that is created by the method of claim 1 further comprising a step of performing a design rule check only for each net in the integrated circuit design that is enclosed by the window.<br><br>## Parallel Editing Example for DRC Corrections<br><br>By using the parallel editing capability, you can divide the entire chip into different areas to enable multiple engineers to correct DRC violations in different areas of the design at the same time. After all the changes are done, you can apply the correction results to the entire chip. The following example shows how DRC corrections are done in a specific area of a real chip in parallel editing mode:<br><br>**Step 1**<br><br>Load the entire chip into Innovus and use `start_parallel_edit -region {x1 y1 x2 y2}` to specify the area in which DRC correction is required.<br><br>**Step 2**<br><br>After the DRC violations in the specified area are completely fixed, you need to save the changes made to the design. `end_parallel_edit -out_file drc_diff` will save all the changes to the<br><br>**Step 3**<br><br>Reload the original chip, and use `read_parallel_edit_files -files drc_diff` to read in the corrections from the previous step. The DRC corrections will be applied to the original chip layout so that DRC violations will be removed from the original area as shown below. |

CLAIM CHARTS
U.S. Patent No. 7,231,626

The specified area is highlighted in the GUI at this point. The `verify_drc` command can report all
DRC violations in the highlighted area as shown below:



```
*** Starting Verify DRC (MEM: 998.2) ***

    VERIFY DRC ...... Starting Verification
    VERIFY DRC ...... Initializing
    VERIFY DRC ...... Deleting Existing Violations
    VERIFY DRC ...... Creating Sub-Areas
    VERIFY DRC ...... Using new threading
    VERIFY DRC ...... Sub-Area: {50.043 3.872 51.772 5.645} 1 of 1
    VERIFY DRC ...... Sub-Area : 1 complete 5 Viols.

    Verification Complete : 5 Viols.
```

CLAIM CHARTS
U.S. Patent No. 7,231,626

As shown above, there are 5 DRC violations in the defined area. At this point, you can fix the DRC violations manually or through some automated method in the tool. After DRC fixing is complete, use the `verify_drc` command again to check whether or not the DRC violations are completely fixed.

```
*** Starting Verify DRC (MEM: 1054.7) ***

  VERIFY DRC ...... Starting Verification
  VERIFY DRC ...... Initializing
  VERIFY DRC ...... Deleting Existing Violations
  VERIFY DRC ...... Creating Sub-Areas
  VERIFY DRC ...... Using new threading
  VERIFY DRC ...... Sub-Area: {50.043 3.872 51.772 5.645} 1 of 1
  VERIFY DRC ...... Sub-Area : 1 complete 0 Viols.

  Verification Complete : 0 Viols.
```

*See Innovus User Guide product version 20.10, March 2020, pages 1585-88.*

CLAIM CHARTS
U.S. Patent No. 7,231,626

### Trimming Metal Fill

The automatic routers, including the NanoRoute® router, ignore metal fill (FILLWIRE and FILLWIREOPC) shapes and might create routes that cause shorts or DRC violations.

The following case illustrates the DRC violation after NanoRoute ECO. You can use `trimMetalFill` to clean the violations according to user setting, LEF setting, and default parameters.

```
trimMetalFill -deleteViol
```



This command deletes metal fill shapes that cause DRC violations or shorts. After running the `trimMetalFill` command, the remaining shapes are still rectangles.

This means you need not delete the metal fill before ECO and then add it again after ECO. Instead, you can trim metal fill in the window that has been impacted by ECO. `trimMetalFill` can minimize the impact caused by the ECO on the timing of other paths (due to cross-coupling changes) that were not involved in the ECO.

To remove the shorts and violations, complete the following steps:

- To remove floating metal fill that causes shorts or violations, run the following command:

```
trimMetalFill [-deleteViol] [-ignoreSpecialNet]
```

This command repairs violations caused by the metal fill shapes. If the metal density drops below the target after trimming the metal fill, re-run the `addMetalFill` command.

The `trimMetalFill` command trims metal and via fill shapes based on the following spacing rules:

- Between FILLWIRE and FILLWIREOPC shapes, the active spacing value or minimum spacing based on DRC rules, whichever is larger, is required.

*See Innovus User Guide product version 20.10, March 2020, pages 722-23.*

CLAIM CHARTS
U.S. Patent No. 7,231,626

When the initial signoff metal fill generation, RC extraction, timing analysis, and ECO are performed, some wiring patterns disappear, while some new patterns are generated. The newly added wiring pattern will cause a DRC violation between the initial metal fill and may be required to be removed. So, it is also essential to add metal fill to the empty spaces of the disappearing patterns of wires.



Figure 8: Pegasus incremental metal fill generation

https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, pages 4 and 5

CLAIM CHARTS
U.S. Patent No. 7,231,626



Figure 6: Hierarchical database flow
https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 4

CLAIM CHARTS
U.S. Patent No. 7,231,626



*See Innovus User Guide product version 20.10*, March 2020, pages 1583 and 1590.

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was further made, produced, or processed from that circuit design that was further created by performing a design rule check separately for each net in the integrated circuit design that is enclosed by the window. *See* Ex. C at ¶¶ 44-47.

CLAIM CHARTS
U.S. Patent No. 7,231,626

| 4. The method of claim 1 further comprising a step of performing a parasitic extraction only for each net in the integrated circuit design that is enclosed by the window. | The Accused Products are made, produced, or processed from a circuit design that is created by the method of claim 1 further comprising a step of performing a parasitic extraction only for each net in the integrated circuit design that is enclosed by the window.<br><br><br><br>*Figure 6: Hierarchical database flow*<br>*https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 4* |

CLAIM CHARTS
U.S. Patent No. 7,231,626

## Quantus Extraction Solution

Next-generation tool with the fastest performance and scalability, best- in-class accuracy using smart solvers, and in-design and signoff parasitic extraction that customers trust

### Key Benefits

► Best-in-class accuracy for FinFET designs versus foundry golden

► 5G-ready to support all design types

► Tighter accuracy against field solver, with a near-zero mean

► Highly accurate critical net extraction with integrated field solver, Quantus FS

► High performance and scalability with massively parallel architecture, supporting a linear gain when the number of CPUs used is doubled

► Scalability for single- and multi-corner extraction runs, with up to 3X faster performance in multi-corner runs

► Accurate and fastest runtimes for functional ECOs via automated incremental extraction

CLAIM CHARTS
U.S. Patent No. 7,231,626



Figure 1: Enabling in-design in the Innovus environment

Figure 2: Key functionalities of Quantus Extraction Solution

CLAIM CHARTS
U.S. Patent No. 7,231,626

| | |
|---|---|
| | **Better design convergence via integration with Innovus and Virtuoso platforms**<br><br>As an integral part of the silicon analysis function inside the Virtuoso custom IC design platform, the Quantus solution provides critical parasitic information for optimizing chip performance and yield.<br><br>Essentially, the extraction tool brings the physics of inter-connect parasitics into the Virtuoso environment for designing, characterizing, and optimizing chip layouts. Through the tool's integration with the Innovus environment, you benefit from a seamless solution for timing, IR, EM, signal integrity analysis, and power verification. The integration of the two tools equips you to reduce design turnaround time by performing incremental extraction, use integrated virtual metal fill for faster convergence, and to reach timing closure faster by using signoff-accurate extraction data for timing and noise optimization.<br><br>*https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/quantus-extraction-ds.pdf*, pages 1-3<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was further made, produced, or processed from that circuit design that was created by performing a parasitic extraction for each net in the integrated circuit design that is enclosed by the window, as indicated by Cadence's incremental parasitic extraction functionality. *See* Ex. C at ¶¶ 44-47. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.