# Exhibit E

### BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

#### U.S. Patent No. 7,396,760

#### Claims 1–6 & 11–13

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claims 1–6 & 11–13 of U.S. Patent No. 7,396,760 ("the '760 patent") by the CV25M-A0-RH A1919 produced by Ambarella, Inc. ("Ambarella"). In support thereof, Bell Semic provides the following claim charts.

"Accused Products" as used herein refers to at least devices produced or sold by Ambarella that are or include semiconductor integrated circuit devices made using a design tool, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc. ("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool, by rearranging dummy fill features to minimize their overlap when viewed across adjacent layers.[1] On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Ambarella and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semic contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. Ambarella directly infringes the asserted claims of the '760 patent by performing each of the limitations. If Ambarella attempts to argue that there is no literal infringement and/or if Ambarella attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semic reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Ambarella's products that were made, produced, or processed from a circuit design using windows, including but not limited to the CV25M-A0-RH A1919. Bell Semic reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Ambarella is a customer of at least Cadence, Synopsys, and Siemens, as demonstrated here: https://www.cadence.com/en_US/home/company/newsroom/press-releases/pr/2020/ambarella-adopts-cadence-clarity-3d-solver-for-ai-vision-process.html (Cadence); https://www.synopsys.com/dw/doc.php/ss/ambarrella_ss.pdf (Synopsis); https://www.techdesignforums.com/blog/2020/06/18/how-ambarella-met-the-demands-of-automotive-dft/ (Siemens).

**BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT**

Ambarella is the producer and/or seller of the referenced above, as demonstrated by the following package image for the CV25M-A0-RH A1919.



CLAIM CHARTS
Ambarella, Inc.

| Claim 1 | Accused Products |
|---|---|
| 1. A method for placing dummy fill patterns in an integrated circuit fabrication process, comprising: | To the extent the preamble is limiting, the Accused Products are produced by performing a method for placing dummy fill patterns in an integrated circuit fabrication process:<br><br>In layout design, the variation of wiring film thickness caused by the coarseness and denseness of the metal layer can be a bottleneck in the manufacturing process. It is time to consider a novel approach, to chip design that considers metal fill in-design.<br><br>*See https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 1.*<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br><br>The additional metal increases cross-coupling capacitance, however, so it is important to balance the decrease in thickness variations with the increase in capacitance.<br><br>&bull; To simplify the estimation of cross-coupling capacitance added by the metal fill, the software adds the metal fill in a staggered pattern. For more information, see Metal Fill Features.<br><br>&bull; To minimize cross-coupling capacitance within layers, the software adds the metal fill in the timing-aware mode. For more information, see Recommendations for Adding Timing-Aware Metal Fill.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that places dummy fill patterns in an integrated circuit fabrication process. This is further explained by semiconductor expert Dhaval Brahmbhatt ("Brahmbhatt") in Exhibit F cited herein, *See* Ex. F at ¶¶ 72-76. |
| obtaining layout information of the integrated circuit, the integrated circuit including a | The Accused Products are made, produced, or processed from a circuit design that is created by obtaining layout information of the integrated circuit, the integrated circuit including a plurality of layers. |

plurality of layers;



The Innovus® Implementation System (Innovus) software provides the following options for saving, restoring, importing, and exporting design data:

| Starting (importing) designs | Allows you to specify data for starting or initializing a design. |
|---|---|
| Saving designs | Allows you to save the work you complete on designs during a design session for access at a later date. |
| Restoring designs | Allows you to load saved data from a previous design session. |
| Loading design data | Allows you to load design data saved in various stages of the design process, and to bring data from specific formats (DEF, PDEF, SPEF, SDF, and OA Cellview) into the Innovus environment. |
| Saving and exporting design data | Allows you to save design data in various stages of the design process, and to export data in specific formats (DEF, PDEF, GDS, and OASIS) from the Innovus environment. |

*See Innovus User Guide product version 20.10, March 2020, page 219.*

*See Innovus User Guide product version 20.10, March 2020, page 1583.*

CLAIM CHARTS
Ambarella, Inc.

| | |
|---|---|
| | For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created by loading design information of the integrated circuit. The integrated circuit includes multiple layers. *See* Ex. F. at ¶¶ 70-72. |
| obtaining a first dummy fill space for a first layer based on the layout information; | The Accused Products are made, produced, or processed from a circuit design that is created by obtaining a first dummy fill space for a first layer based on the layout information.<br><br>**Achieving Gradient Density with Preferred Density Setting**<br><br>To prevent density in neighboring regions from varying too much, the `addMetalFill` targets a preferred density. This minimizes the variation in density from window to window. You can set the parameters as follows:<br><br>`-minDensity 15 -maxDensity 85 -preferredDensity 35`<br><br>`addMetalFill -layer {Metal1 Metal2 Metal3}`<br><br>The metal fills are inserted into white space to meet the preferred density. When the metal density in a window is less than the minimum metal fill density value, `addMetalFill` adds metal fill to achieve a density slightly above the preferred density, if possible. If the density is larger than maximum density after it pre-calculates the window density, no metal fills are inserted into the design. The metal fills are inserted based on the preferred density in all windows. This way, the density variation from window to window is minimized.<br><br>The `windowStep` parameter can be used to get further global uniformity. With this parameter, the metal densities in the window are calculated and changed by step as shown in the diagram.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 719 .*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created by obtaining a metal fill space for a first layer based on the loaded design information. *See* Ex. F at ¶ 75. |
| obtaining a second dummy fill space for a second layer, the second layer being placed successively to the first layer; | The Accused Products are made, produced, or processed from a circuit design that is created by obtaining a second dummy fill space for a second layer placed successively to the first layer. |

CLAIM CHARTS
Ambarella, Inc.

|  | |
|---|---|
|  | ## Achieving Gradient Density with Preferred Density Setting<br><br>To prevent density in neighboring regions from varying too much, the `addMetalFill` targets a preferred density. This minimizes the variation in density from window to window. You can set the parameters as follows:<br><br>`-minDensity 15 -maxDensity 85 -preferredDensity 35`<br><br>`addMetalFill -layer {Metal1 Metal2 Metal3}`<br><br>The metal fills are inserted into white space to meet the preferred density. When the metal density in a window is less than the minimum metal fill density value, `addMetalFill` adds metal fill to achieve a density slightly above the preferred density, if possible. If the density is larger than maximum density after it pre-calculates the window density, no metal fills are inserted into the design. The metal fills are inserted based on the preferred density in all windows. This way, the density variation from window to window is minimized.<br><br>The `windowStep` parameter can be used to get further global uniformity. With this parameter, the metal densities in the window are calculated and changed by step as shown in the diagram.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 719 .*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created by obtaining a metal fill space for a second layer, where the second layer is placed successively to the first layer. *See* Ex. F. at ¶ 75. |
| determining an overlap between the first dummy fill space and the second dummy fill space; and | The Accused Products are made, produced, or processed from a circuit design that is created by determining an overlap between the first dummy fill space and the second dummy fill space.<br><br>## Staggered Metal Fill Pattern<br><br>The staggered metal fill spreads out the effects of cross-coupling capacitance because the staggered pattern ensures that the metal fill does not line up on adjacent layers. This pattern is most effective on lightly congested layers. By default, the software adds a metal fill that is staggered in the preferred routing direction and not staggered in the non-preferred direction. The following figures show staggered and non-staggered patterns for both rectangular and square metal fills.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 706 .*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that created by determining overlap between the first and second metal fill spaces. The only way to stagger metal fill is to first determine where there is overlap in metal fill and then to rearrange it to be staggered. *See* Ex. F at ¶ 75. |

CLAIM CHARTS
Ambarella, Inc.

| minimizing the overlap by re-arranging a plurality of first dummy fill features and a plurality of second dummy fill features, | The Accused Products are made, produced, or processed from a circuit design that is created by minimizing the overlap by re-arranging a plurality of first dummy fill features and a plurality of second dummy fill features. |
|---|---|
| | The additional metal increases cross-coupling capacitance, however, so it is important to balance the decrease in thickness variations with the increase in capacitance.<br><br>• To simplify the estimation of cross-coupling capacitance added by the metal fill, the software adds the metal fill in a staggered pattern. For more information, see Metal Fill Features.<br><br>• To minimize cross-coupling capacitance within layers, the software adds the metal fill in the timing-aware mode. For more information, see Recommendations for Adding Timing-Aware Metal Fill.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705 .* |

CLAIM CHARTS
Ambarella, Inc.



You can generate the metal density report file containing the metal density violation information and view it in the GUI. For this, you need to use the `-report` parameter of the `verifyMetalDensity` command. For example, the content of the metal density report file is:

| Metal | Density | Window Size |
|-------|---------|-------------|
| M1 | 11.14 | (0 0) (10 10) |
| M1 | 8.96 | (0 10) (10 20) |
| M1 | 8.96 | (10 0) (20 10) |
| M1 | 8.96 | (10 10) (20 20) |

Run the following commands to check the metal density of all layers and view the metal density map in the GUI:

```
verifyMetalDensity -saveToDB

verifyMetalDensity -report reportName.rpt
```

**Note:** Before running the above commands, you need to set the same values for `setMetalFill -windowSize` and `setMetalFill -windowStep`. Otherwise, the display of metal density is overlapped.

The output of the above commands is:

*See Innovus User Guide product version 20.10, March 2020, page 728.*

For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created by minimizing the overlap by re-arranging a plurality of first and second metal fill features to be staggered. Given the near-certainty that ECOs are implemented during the design process, and the layout is altered (and thus, dummy metal fill is repositioned), it is necessary to minimize the resulting overlap between dummy fill features on successive layers. *See* Ex. F at ¶¶ 71, 74–76.

CLAIM CHARTS
Ambarella, Inc.

| | |
|---|---|
| wherein the first dummy fill space includes non-signal carrying lines on the first layer and the second dummy fill space includes non-signal carrying lines on the second layer. | The Accused Products are made, produced, or processed from a circuit design that is created such that the first dummy fill space includes non-signal carrying lines on the first layer and the second dummy fill space includes non-signal carrying lines on the second layer.<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705 .*<br><br>**Adding Metal Fill with Iteration**<br><br>Metal fill can be added iteratively with different parameter settings. You can specify a name for a set of values for `setMetalFill` parameters.<br><br>`setMetalFill -iterationName file_step1 -layer Metal1 -minDensity 15 -windowSize 100 100 -windowStep 50 50`<br><br>You can also save the iteration file using GUI. To do so, open the *Setup Metal Fill Options* form, specify the parameters in the form, key in a file name, such as `file_step1` , in the *Iteration Name* text box, and click *OK*.<br><br><br><br>The window size and step must be the same for all iterations of a specific layer. For example, the following specifications are NOT allowed because the values are not consistent:<br><br>*See Innovus User Guide product version 20.10, March 2020, page 726 .* |

CLAIM CHARTS
Ambarella, Inc.

```
setMetalFill -iterationName file_step1 -layer Metal1 -minDensity 15 -windowSize 100 100 -windowStep 50 50

setMetalFill -iterationName file_step2 -layer Metal1 -minDensity 15 -windowSize 50 50 -windowStep 25 25

setMetalFill -iterationName file_step1 file_step2 -layer Metal1
```

If you want to specify different window size and step when adding metal fill, you need to run `addMetalFill` in separate steps. In the following example, the specified values for `-windowSize` and `-windowStep` in *step1* , *step2* , and *step3* are different:

```
setMetalFill -iterationName step1 -layer -windowSize 100 100 -windowStep 50 50

setMetalFill -iterationName step2 -layer -windowSize 100 100 -windowStep 50 50

setMetalFill -iterationName step3 -layer -windowSize 50 50 -windowStep 25 25
```

Here, you can run `addMetalFill` for the first two steps in a single iteration. However, you must run *step3* in a separate iteration because its window size and step values are different from those of *step1* and *step2*. Use `addMetalFill -iterationNameList` to add the metal fill using the stored set of parameters:

```
addMetalFill -iterationNameList {step1 step2} ...

addMetalFill -iterationNameList step3 ...

addMetalFill -layer {Metal1 Metal2 Metal3} -area 0 0 100 100 -nets {VDD VSS} -iterationName step1 step2
```

*See Innovus User Guide product version 20.10, March 2020, page 727 .*

CLAIM CHARTS
Ambarella, Inc.

You can also do the same through the GUI by using the *Route - Metal Fill - Add* command.



Key in the existing file list in *Iteration Name List* text box in the *Add Metal Fill* form and then click *OK*.

The engine processes the iterations in the order listed and stops when the preferred density is reached in any iteration.

*See Innovus User Guide product version 20.10, March 2020, page 727 .*

For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the first dummy fill space includes non-signal carrying lines on the first layer and the second dummy fill space includes non-signal carrying lines on the second layer. *See* Ex. F at ¶¶ 70-75.

CLAIM CHARTS
Ambarella, Inc.

| Claim 2 | Accused Products |
|---|---|
| 2. The method as described in claim 1, wherein the plurality of first dummy fill features forms a grid within the first dummy fill space. | The Accused Products are further made, produced, or processed from a circuit design that is created such that the plurality of first dummy fill features forms a grid within the first dummy fill space. |

CLAIM CHARTS
Ambarella, Inc.

You can also do the same through the GUI by using the *Route - Metal Fill - Add* command.



Key in the existing file list in *Iteration Name List* text box in the *Add Metal Fill* form and then click *OK*.

The engine processes the iterations in the order listed and stops when the preferred density is reached in any iteration.

*See Innovus User Guide product version 20.10, March 2020, page 727 .*

For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the plurality of first dummy fill features forms a grid within the first dummy fill space. *See* Ex. F at ¶ 75.

CLAIM CHARTS
Ambarella, Inc.

| Claim 3 | Accused Products |
|---|---|
| 3. The method as described in claim 1, wherein the plurality of second dummy fill features forms a grid within the second dummy fill space. | The Accused Products are further made, produced, or processed from a circuit design that is created such that the plurality of second dummy fill features forms a grid within the second dummy fill space.<br><br>You can also do the same through the GUI by using the *Route - Metal Fill - Add* command.<br><br><br><br>Key in the existing file list in *Iteration Name List* text box in the *Add Metal Fill* form and then click *OK*.<br><br>The engine processes the iterations in the order listed and stops when the preferred density is reached in any iteration.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 727 .* |

CLAIM CHARTS
Ambarella, Inc.

| | |
|---|---|
| | For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the plurality of second dummy fill features forms a grid within the second dummy fill space. *See* Ex. F at ¶ 75. |
| **Claim 4** | **Accused Products** |
| 4. The method as described in claim 1, wherein the first dummy fill space is determined based on a local pattern density for the first layer. | The Accused Products are made, produced, or processed from a circuit design that is created such that the first dummy fill space is determined based on a local pattern density for the first layer. <br><br> **Adding Metal Fill Using the GUI** <br><br> 1. Determine the minimum and maximum size for metal fill shapes for each layer, then set these values on the *Size & Spacing* page of the Setup Metal Fill form. <br>    ○ If you are using rectangular metal fill, use the *Rectangle Length* and *Metal Fill Width* values. <br>    ○ If you are using square metal fill, use the *Metal Fill Width* and *Square Decrement* values. <br> 2. Determine the spacing around metal fill shapes for each layer, then set the value on the *Size & Spacing* page of the Setup Metal Fill form. You must set two types of spacing values: <br>    ○ Spacing between a metal fill shape and an active metal shape. An active metal shape can be a signal wire, a power wire, a cell, a pin, or any other structure that is not classified as a fillwire. <br>    ○ Spacing between a metal fill shape and another metal fill shape. <br> 3. Determine the minimum, maximum, preferred, and external metal density for each layer, then set these values on the *Window & Density* page of the Setup Metal Fill form. <br> 4. Use the Verify Metal Density form to create a `Verify Density` report. <br> 5. Locate an area in the design for which metal density is too low, then select that area on the Add Metal Fill form. <br> 6. Determine whether you want metal fill to be square or rectangular, then choose the appropriate value on the Add Metal Fill form. <br> 7. Click *OK* or *Apply* on the Add Metal Fill form to add metal fill shapes to the area that you specified. <br><br> *See Innovus User Guide product version 20.10, March 2020, page 726 .* <br><br> For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the first dummy fill space is determined based on a local pattern density for the first layer. *See* Ex. F at ¶ 75. |

CLAIM CHARTS
Ambarella, Inc.

| Claim 5 | Accused Products |
|---|---|
| 5. The method as described in claim 1, wherein the second dummy fill space is determined based on a local pattern density for the second layer. | The Accused Products are made, produced, or processed from a circuit design that is created such that the second dummy fill space is determined based on a local pattern density for the second layer.<br><br>**Adding Metal Fill Using the GUI**<br><br>1. Determine the minimum and maximum size for metal fill shapes for each layer, then set these values on the *Size & Spacing* page of the Setup Metal Fill form.<br>   ○ If you are using rectangular metal fill, use the *Rectangle Length* and *Metal Fill Width* values.<br>   ○ If you are using square metal fill, use the *Metal Fill Width* and *Square Decrement* values.<br>2. Determine the spacing around metal fill shapes for each layer, then set the value on the *Size & Spacing* page of the Setup Metal Fill form. You must set two types of spacing values:<br>   ○ Spacing between a metal fill shape and an active metal shape. An active metal shape can be a signal wire, a power wire, a cell, a pin, or any other structure that is not classified as a fillwire.<br>   ○ Spacing between a metal fill shape and another metal fill shape.<br>3. Determine the minimum, maximum, preferred, and external metal density for each layer, then set these values on the *Window & Density* page of the Setup Metal Fill form.<br>4. Use the Verify Metal Density form to create a `Verify Density` report.<br>5. Locate an area in the design for which metal density is too low, then select that area on the Add Metal Fill form.<br>6. Determine whether you want metal fill to be square or rectangular, then choose the appropriate value on the Add Metal Fill form.<br>7. Click *OK* or *Apply* on the Add Metal Fill form to add metal fill shapes to the area that you specified.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 726 .*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the second dummy fill space is determined based on a local pattern density for the second layer. *See* Ex. F at ¶ 75. |

CLAIM CHARTS
Ambarella, Inc.

| Claim 6 | Accused Products |
|---------|------------------|
| 6. The method as described in claim 2, wherein the grid includes a plurality of squares. | The Accused Products are made, produced, or processed from a circuit design that is created such that the grid includes a plurality of squares.<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements.<br><br><br><br>A metal fill that is staggered in both directions can also be added. This type of metal fill has a diagonal pattern. It is most apparent when it is added to the upper layers where there is not a lot of routing. The following figures show a metal fill that is staggered diagonally:<br><br><br><br>*See Innovus User Guide product version 20.10, March 2020, pages 705-6.* |

CLAIM CHARTS
Ambarella, Inc.

You can also do the same through the GUI by using the *Route - Metal Fill - Add* command.



Key in the existing file list in *Iteration Name List* text box in the *Add Metal Fill* form and then click *OK*.

The engine processes the iterations in the order listed and stops when the preferred density is reached in any iteration.

*See Innovus User Guide product version 20.10, March 2020, page 727 .*

For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that is created such that the grid includes a plurality of squares. *See* Ex. F at ¶ 75.

CLAIM CHARTS
Ambarella, Inc.

| Claim 11 | Accused Products |
|---|---|
| 11. The method as described in claim 1, wherein a total bulk capacitance is minimized. | The Accused Products are further made, produced, or processed from a circuit design that is created such that a total bulk capacitance is minimized.<br><br>Bulk capacitance is the area capacitance between the two adjacent metal layers.<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br>The additional metal increases cross-coupling capacitance, however, so it is important to balance the decrease in thickness variations with the increase in capacitance.<br><br>• To simplify the estimation of cross-coupling capacitance added by the metal fill, the software adds the metal fill in a staggered pattern. For more information, see Metal Fill Features.<br>• To minimize cross-coupling capacitance within layers, the software adds the metal fill in the timing-aware mode. For more information, see Recommendations for Adding Timing-Aware Metal Fill.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>**Staggered Metal Fill Pattern**<br><br>The staggered metal fill spreads out the effects of cross-coupling capacitance because the staggered pattern ensures that the metal fill does not line up on adjacent layers. This pattern is most effective on lightly congested layers. By default, the software adds a metal fill that is staggered in the preferred routing direction and not staggered in the non-preferred direction. The following figures show staggered and non-staggered patterns for both rectangular and square metal fills.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 706.*<br><br>Definition of Bulk capacitance from Column 5 of Taravade<br><br>$$C_{TOTAL} = C_{BULK} + C_{FRINGE}$$<br><br>where $C_{BULK}$=Bulk intra-layer capacitance (bulk capacitance of metal lines on the same layer)+Bulk inter-layer Capacitance (bulk capacitance of metal lines on adjacent layers) and<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design that minimized total bulk capacitance. *See* Ex. F at ¶ 71. |

CLAIM CHARTS
Ambarella, Inc.

| Claim 12 | Accused Products |
|---|---|
| 12. The method as described in claim 11, wherein the total bulk capacitance includes a bulk inter-layer capacitance. | The Accused Products are further made, produced, or processed from a circuit design that is created such that the total bulk capacitance includes a bulk inter-layer capacitance.<br><br>Coupling capacitance between signals and dummies of multiple layers<br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br>The additional metal increases cross-coupling capacitance, however, so it is important to balance the decrease in thickness variations with the increase in capacitance.<br><br>• To simplify the estimation of cross-coupling capacitance added by the metal fill, the software adds the metal fill in a staggered pattern. For more information, see Metal Fill Features.<br>• To minimize cross-coupling capacitance within layers, the software adds the metal fill in the timing-aware mode. For more information, see Recommendations for Adding Timing-Aware Metal Fill.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>Bulk inter-layer capacitance is the bulk capacitance of metal lines on adjacent layers (5:34)<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design in which the minimized total bulk capacitance included a bulk inter-layer capacitance. *See* Ex. F at ¶ 71. |

CLAIM CHARTS
Ambarella, Inc.

| Claim 13 | Accused Products |
|---|---|
| 13. The method as described in claim 11, wherein the bulk inter-layer capacitance is a bulk capacitance created by overlaps between the first layer and the second layer. | The Accused Products are further made, produced, or processed from a circuit design that is created such that the bulk inter-layer capacitance is a bulk capacitance created by overlaps between the first layer and the second layer.<br><br>**Staggered Metal Fill Pattern**<br><br>The staggered metal fill spreads out the effects of cross-coupling capacitance because the staggered pattern ensures that the metal fill does not line up on adjacent layers. This pattern is most effective on lightly congested layers. By default, the software adds a metal fill that is staggered in the preferred routing direction and not staggered in the non-preferred direction. The following figures show staggered and non-staggered patterns for both rectangular and square metal fills.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 706 .*<br><br>For example, Ambarella creates a circuit design for the the CV25M-A0-RH A1919, which was made, produced, or processed from a circuit design in which the bulk inter-layer capacitance is created by overlaps between the first layer and the second layer. *See* Ex. F at ¶¶ 71, 75. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.